AO 91 (Rev 5/85) Criminal Complaint

# United States District Court

__Northern__ DISTRICT OF __New York__

①

UNITED STATES OF AMERICA

v.

Name: KHAN, Arif
Address: 250 Longwood Crossing
Lawrence, NY 11559
Birthdate: 06-06-66
(Name and Address of Defendant)

## CRIMINAL COMPLAINT

CASE NUMBER: 96-MG-172

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about __April 11, 1996__ in __Clinton__ county, in the __Northern__ District of __New York__ defendant(s) did, (Track Statutory Language of Offense) willfully and knowingly enter the United States at a time or place other than as designated by immigration officers and eluded examination or inspection by a United States Immigration Officer. To wit; that on April 11, 1996, at approximately 3:30 a.m., defendant/KHAN drove a car into the United States from Canada, through a closed Port of Entry at Cannon Corners, New York, and failed to report for inspection at the nearest Port of Entry; that of Mooers, NY.

In violation of Title __8__ United States Code, Section(s) __1325 CSH~~275~~ (a)(1)__.

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following

facts: Agent Hemmila, parked near the Port Of Entry at Cannon Corners, New York, observed KHAN, Arif drive into the United States from Canada. The defendant was followed from the point of entry to Mooers, NY, where instead of reporting for inspection, he entered onto Route 22, driving south towards Plattsburgh, NY. Stopping of the vehicle, found the driver and sole occupant to be KHAN, Arif, a citizen of Bangladesh, without documents to be in the United States.

Continued on the attached sheet and made a part hereof:   [ ] Yes  [X] No

U. S. DISTRICT COURT
N. D. OF N. Y.
FILED
APR 11 1996
AT____O'CLOCK____M.
GEORGE A. RAY, Clerk
UTICA

_Signature of Complainant_
Curtis Hemmila

Sworn to before me and subscribed in my presence.

April 11, 1996
Date

at   Rouses Point, New York
City and State

Henry Van Acker, Jr., U.S. Magistrate Judge
Name & Title of Judicial Officer

_Signature of Judicial Officer_